## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| United States of America, | CASE NO. 3:10-cr-00380 |
| Plaintiff, | |
| - vs - | **ORDER** |
| Charles McDuffey, Jr., | |
| Defendant. | |

This matter was heard on August 24, 2015 upon the request of the probation office, in conjunction with sentencing in case 3:14CR320, for a finding that the defendant had violated conditions of his supervised release. The defendant was represented by counsel.  The defendant admitted the violations contained in the report and was found to have been in violation by the Court. The Court imposed the following sentence:

1. The defendant is sentenced to the custody of the Bureau of Prisons for a term of  8 months to be served consecutive to the 77-month sentence imposed in case 3:14cr320.

2. Supervised release in this case is terminated as unsuccessful and no further term of supervised release will be imposed in this case.

SO ORDERED.

s/ James G. Carr
Sr. United States District Judge